**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Demetrius D. Davis<br>              Debtor(s) | BK NO. 21-01429 HWV<br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-6 and index same on the master mailing list.

                                      Respectfully submitted,

                                 **/s/ Rebecca A. Solarz, Esquire**
                                 Rebecca A. Solarz, Esquire
                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Phone: (215)627-1322
                                 Email: rsolarz@kmllawgroup.com
                                 Attorney for Movant

                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        215-627-1322