Certificate Number: 16339-PAM-DE-035845284

Bankruptcy Case Number: 21-01429


16339-PAM-DE-035845284

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2021, at 7:45 o'clock PM EDT, Demetrius D Davis completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 18, 2021     By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor