United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Demetrius D. Davis  
    Debtor

Case No. 21-01429-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jul 29, 2021      Form ID: ntcnfhrg      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Demetrius D. Davis, 422 Valley Street, Marysville, PA 17053-1164 |
| 5420930 | + | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5420932 | + | Julie L. Davis, 421 Muench Street, Harrisburg, PA 17102-1533 |
| 5422035 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5420939 | + | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 5422036 | + | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 5424574 | | U.S. Bank National Association, PHH Mortgage, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 29 2021 18:55:49 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5420928 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jul 29 2021 18:55:50 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5422416 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 29 2021 18:55:49 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5427296 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 29 2021 18:55:49 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5420929 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 29 2021 18:50:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 South Douglass Road, Stes 110 & 200, Anaheim, CA 92806-5951 |
| 5420931 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 29 2021 18:50:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 5423077 | | Email/PDF: pa_dc_claims@navient.com | Jul 29 2021 18:55:44 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5423082 | | Email/PDF: pa_dc_claims@navient.com | Jul 29 2021 18:55:47 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5420936 | + | Email/PDF: pa_dc_claims@navient.com | Jul 29 2021 18:55:50 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 5420935 | + | Email/PDF: pa_dc_claims@navient.com | Jul 29 2021 18:55:50 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5421976 | | Email/PDF: pa_dc_claims@navient.com | Jul 29 2021 18:55:44 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5422247 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 29 2021 18:55:47 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th |

Floor, 100 Penn Square East, Philadelphia, PA 19107-3380

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5420933 | *+ | Julie L. Davis, 421 Muench Street, Harrisburg, PA 17102-1533 |
| 5420934 | *+ | Julie L. Davis, 421 Muench Street, Harrisburg, PA 17102-1533 |
| 5420937 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 5420938 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-SL1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-6 bkgroup@kmllawgroup.com |
| Stephen Wade Parker | on behalf of Debtor 1 Demetrius D. Davis Parker.WadeR106314@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Demetrius D. Davis, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:21−bk−01429−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 1, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 8, 2021<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 29, 2021 |

ntcnfhrg (05/21)