# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  Case No: 21-01429 - Chapter: 13
 Judge: Henry W. Van Eck

Demetrius D. Davis
      Debtor

## WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

**PLEASE TAKE NOTICE** that The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Assetbacked Certificates, Series 2006-6 hereby withdraws the Notice of Mortgage Payment Change, filed on September 1, 2021, and associated with Claim #10.

      Respectfully Submitted,

Date: September 10, 2021  /s/ Randall Miller
 43252 Woodward Avenue, Suite 180
 Bloomfield Hills, MI  48302
 bankruptcy@rsmalaw.com
 (248) 335-9200

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                                Case No: 21-01429 - Chapter: 13
                                                                         Judge: Henry W. Van Eck

Demetrius D. Davis
            Debtor

## CERTIFICATE OF SERVICE

      The undersigned states that on September 10, 2021, copies of the **Withdrawal Notice of Mortgage Payment Change** were served upon the following parties via first class mail, with proper postage affixed thereto the Debtors and via the Court's CM-ECF electronic filing system to the Debtor's Attorney and Chapter 13 Trustee.

| Demetrius D. Davis | Debtor's Attorney | Chapter 13 Trustee |
|---|---|---|
|  |  | Jack N. Zaharopoulos |
| 422 Valley Street | Stephen Wade Parker | 8125 Adams Drive, Suite A |
|  |  | Hummelstown, PA 17036 |
| Marysville, PA 17053 | 105 N. Front Street, Suite 100 |  |
|  | Harrisburg, PA 17101 | U.S. TrusteeAsst. U.S. Trustee |
|  |  | 228 Walnut St |
|  |  | Suite 1190 |
|  |  | Harrisburg, PA 17101 |

The above is true to the best of my information, knowledge and belief.

                                                                         Signed: */s/* Randall Miller

                                                                         Randall Miller
                                                                         43252 Woodward Avenue, Suite 180
                                                                         Bloomfield Hills, MI 48302
                                                                         Telephone (248) 335-9200