# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DEMETRIUS D. DAVIS

                Debtor(s)           CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                Movant            CASE NO: 1-21-01429-HWV

vs.

DEMETRIUS D. DAVIS etal
                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on February 18, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on June 25, 2021.

2. A hearing was held and an Order was entered on December 8, 2021 directing that an amended plan be filed within forty-five (45) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                              Respectfully submitted,

                                              /s/   James K. Jones, Esq.
                                              Id:   39031
                                              Attorney for Movant
                                              Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee
                                              Ste. A, 8125 Adams Drive
                                              Hummelstown, PA   17036
                                              Ph.   717-566-6097
                                              email: jjones@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DEMETRIUS D. DAVIS

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-21-01429-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date: March 23, 2022<br><br>Time: 09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

/s/ James K. Jones, Esquire
ID: 39031
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Dated: February 18, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DEMETRIUS D. DAVIS

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

DEMETRIUS D. DAVIS etal

Respondent(s)

CHAPTER 13

CASE NO: 1-21-01429-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 18, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>

STEPHEN WADE PARKER, ESQUIRE
ETZWEILER AND WITHERS
105 N FRONT STREET, SUITE 100
HARRISBURGPA17101-

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

<u>Served by 1st Class Mail</u>

DEMETRIUS D. DAVIS
422 VALLEY STREET
MARYSVILLE, PA   17053

I certify under penalty of perjury that the foregoing is true and correct.

Date:   February 18, 2022

Respectfully,
/s/   Vickie Williams
for Jack N. Zaharopoulos,
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DEMETRIUS D. DAVIS

CHAPTER 13

CASE NO: 1-21-01429-HWV

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

DEMETRIUS D. DAVIS etal
    Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.