# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>DEMETRIUS D. DAVIS<br><br>U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-SL1,<br>　　　Movant<br><br>vs.<br><br>DEMETRIUS D. DAVIS,<br>　　　Debtor | Case No. 1:21-bk-01429-HWV<br>Chapter 13 |

## OBJECTION TO CONFIRMATION
## OF DEBTOR'S AMENDED CHAPTER 13 PLAN

U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-SL1 ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Amended Chapter 13 Plan* (Doc 28), and states as follows:

　　1.　　The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 25, 2021.

　　2.　　Movant holds a security interest in the Debtor's real property located at 422 Valley St, Marysville, PA 17053 (the "Property"), by virtue of a Mortgage which is recorded as instrument Number 200601858 in Official Records of Perry County, Pennsylvania. Said Mortgage secures a Note in the amount of $27,000.00.

　　3.　　The Debtor filed an Amended Chapter 13 Plan (the "Plan") on April 12, 2022 (Doc 28).

4. Movant filed a Proof of Claim in this case on August 5, 2021 (Claim No. 8-3) which lists a total debt of $37,796.85.

5. Movants objects Debtor's Amended Plan as it fails to provide for the total debt owed to Movant.

6. Movant further objects to Debtor's Amended Plan as if fails include interest after maturity of the loan until the end of the Plan.

7. Therefore, the amended plan is not in compliance with the requirements of 11 U.S.C. §§1322(b)(3) and 1325(a)(5) and cannot be confirmed. Movant objects to any plan which proposes to pay it anything less than $37,796.85 and interest over the life of the Plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Amended Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>DEMETRIUS D. DAVIS<br><br>U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-SL1,<br>    Movant<br><br>vs.<br><br>DEMETRIUS D. DAVIS,<br>    Debtor | Case No. 1:21-bk-01429-HWV<br>Chapter 13 |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection To Confirmation Of Debtor's Chapter 13 Plan has been electronically served or mailed, postage prepaid on this day to the following:

Demetrius D. Davis
422 Valley St
Marysville, PA 17053-1164

Stephen Wade Parker, Debtor's Attorney
Etzweiler and Withers LLC
105 N. Front Street, Suite 100
Harrisburg, PA 17101
wparker@etzweilerwithers.com

Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee, US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

<u>April 19, 2022</u>

    */s/Mario Hanyon*
    Andrew Spivack, PA Bar No. 84439
    Matt Fissel, PA Bar No. 314567
    Mario Hanyon, PA Bar No. 203993
    Ryan Starks, PA Bar No. 330002
    Jay Jones, PA Bar No. 86657
    Attorney for Creditor
    BROCK & SCOTT, PLLC
    8757 Red Oak Boulevard, Suite 150
    Charlotte, NC 28217
    Telephone: (844) 856-6646
    Facsimile: (704) 369-0760
    E-Mail: PABKR@brockandscott.com