UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DEMETRIUS D. DAVIS            :   CHAPTER 13
        Debtor                            :
                                          :
JACK N. ZAHAROPOULOS                   :
STANDING CHAPTER 13 TRUSTEE           :
        Movant                            :
                                          :
        vs.                               :
                                          :
DEMETRIUS D. DAVIS                     :
        Respondent                        :   CASE NO.   1-21-bk-01429

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

      AND NOW, this   20th   day of September, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1.   The Trustee avers that debtor(s)' plan is not feasible based upon the following:

          a.   The plan is inconsistent with Proofs of Claims filed and/or approved by the Court.   (PHH Mortgage – Claim #8)

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

          a.   Deny confirmation of debtor(s) plan.
          b.   Dismiss or convert debtor(s) case.
          c.   Provide such other relief as is equitable and just.

                   Respectfully submitted:

                   Jack N. Zaharopoulos
                   Standing Chapter 13 Trustee
                   8125 Adams Drive, Suite A
                   Hummelstown, PA 17036
                   (717) 566-6097

          BY:          /s/Douglas R. Roeder
                   Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   20th   day of September, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Steven Wade Parker, Esquire
230 York Street
Hanover, PA   17331

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee