| | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>Middle District of Pennsylvania (Harrisburg) | | |
| Name of Debtor(s):<br>Demetrius D. Davis | Case Number:<br>1:2021-bk-01429 | |
| Name of Creditor:<br>U.S. Bank National Association | | |
| Name of Current Servicer of account:<br>PHH Mortgage Services | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>PHH Mortgage Corporation<br>ATTN Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>Telephone Number: 855-689-7367<br><br>Prior notice address:<br>1 Mortgage Way<br>Mount Laurel, NJ 08054 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>PHH Mortgage Services<br>PO Box 24781<br>ATTN: SV 19<br>West Palm Beach, FL 33416<br><br>Telephone Number: 800-750-2518 | | **X** Check this box if you are changing the address that payments will go to. |
| 1. **Account Number: 8927** | | _ Check this box if the account number has changed. |
| 2. **Court Claim Number: 8** | | |
| 3. **Signature:**<br><br>**Check the appropriate box.**<br>    **I am the creditor.**<br>  X **I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)**<br>    **I am the trustee, or the debtor.**<br>    **I am a guarantor, surety, endorser, or other codebtor.**<br><br>By: /s/ John Shelley            Date: 02/18/2023<br>    Authorized Filing Agent for PHH Mortgage Services | | |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                           CASE NO.:    21-01429

**Demetrius D. Davis**                      CHAPTER:    13

             **Debtor(s).**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

| *Debtor:* | *By U.S. Postal Service First Class Mail Postage Prepaid:* |
|---|---|
| | Demetrius D. Davis<br>422 Valley Street<br>Marysville, PA 17053 |
| *Debtor's Attorney:* | *By CM / ECF Filing:* |
| | Stephen Wade Parker<br>Etzweiler and Withers LLC<br>105 N. Front Street<br>Suite 100<br>Harrisburg, PA 17101 |
| *Trustee:* | *By CM / ECF Filing:* |

*Trustee:*     Jack N Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

/s/ John Shelley

InfoEx, LLC
(as authorized agent for PHH Mortgage Services)